# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

RALPH TERRANCE RADER, an individual,

      Plaintiff,

                                  Case No. 14-13879

v.                                 Hon. Arthur J. Tarnow

                                  Mag. Michael J. Hluchaniuk

RADER, FISHMAN & GRAUER P.L.L.C.,
MICHAEL D. FISHMAN, an individual, and
MICHAEL B. STEWART, an individual,

      Defendants.

| | |
|---|---|
| Peter M. Alter (P10145) | Kenneth F. Silver (P35546) |
| Derek D. McLeod (P66229) | Hertz Schram, P.C. |
| Jaffe Raitt Heuer & Weiss, P.C. | Attorney for Plaintiff |
| Attorneys for Defendants | 1760 S. Telegraph Road, Suite 300 |
| 27777 Franklin Road, Suite 2500 | Bloomfield Hills, Michigan 48302 |
| Southfield, Michigan 48034-8214 | 248.335.5000 |
| 248.351.3000 | ksilver@hertzschram.com |
| palter@jaffelaw.com | |
| | |
| Michael P. Ashcraft, Jr. (P46154) | |
| Plunkett Cooney | |
| Attorney for Defendants | |
| 38505 Woodward Avenue, Suite 2000 | |
| Bloomfield Hills, Michigan 48304 | |
| 248.594.8217 | |
| mashcraft@plunkettcooney.com | |

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

      This matter having come before the Court upon the parties' stipulation as evidenced by the signatures of their counsel below, and the Court being otherwise fully informed in the premises;

3021583

IT IS HEREBY ORDERED that Plaintiff Ralph Terrance Rader's Complaint

is dismissed with prejudice in its entirety and without costs or attorney fees to

either party.

This Order resolves the last pending claim and closes the case.

**IT IS SO ORDERED.**

s/Arthur J. Tarnow
U.S. District Court Judge

Dated:  March 27, 2015

APPROVED AS TO FORM AND SUBSTANCE:


By: /s/ Peter M. Alter           By: /s/ Kenneth F. Silver  03/24/15
    Peter M. Alter (P10145)              Kenneth F. Silver (P35546)
    Derek D. McLeod (P66229)          Hertz Schram, P.C.
    Jaffe Raitt Heuer & Weiss, P.C.     Attorney for Plaintiff
    Attorneys for Defendants          1760 S. Telegraph Road, Suite 300
    27777 Franklin Road, Suite 2500   Bloomfield Hills, Michigan 48302
    Southfield, Michigan 48034-8214   248.335.5000
    248.351.3000                  ksilver@hertzschram.com
    palter@jaffelaw.com


By: /s/ Michael P. Ashcraft, Jr./w/permission
    Michael P. Ashcraft, Jr. (P46154)
    Plunkett Cooney
    Attorney for Defendants
    38505 Woodward Ave, Suite 2000
    Bloomfield Hills, Michigan 48304
    248.594.8217
    mashcraft@plunkettcooney.com

2

3021583